UNITED STATES DISTRICT COURT

MIDDLE DISTRICT OF LOUISIANA

MOSES GREEN (#92903)                                                    CIVIL ACTION

VERSUS

EDWARD RUSS                                                    NO. 23-00234-BAJ-SDJ

## RULING AND ORDER

Plaintiff, an inmate confined at the Louisiana State Penitentiary (LSP), alleges that Defendant Captain Edward Russ, a LSP correctional officer, deployed excessive force against him while he was incarcerated. (Doc. 1-1). On or around February 21, 2022, Defendant sprayed 20 grams of chemical agents on Plaintiff and locked him inside of a cell. (*Id.* at 2). He asserts that Defendant saw him struggling to breathe while "[he was] wearing a tubing from an oxygen machine with decreased saturation levels below normal, which ma[d]e it necessary to supplement oxygen to [him]." (Doc.1-1 at 2). Plaintiff is seeking monetary relief for Defendant's actions because he contends that they were "intentional and meant to hurt [him]." (*Id.*)

Pursuant to the screening requirements of 28 U.S.C. §§ 1915(e)(2)(B) and 1915A, the Magistrate Judge has now issued a **Report and Recommendation (Doc. 24, the "R&R")**, recommending that Plaintiff's claim for excessive force against Defendant be dismissed, with prejudice, for failure to state a claim upon which relief may be granted. The R&R further recommends that the Court decline to exercise supplemental jurisdiction over Plaintiff's potential state law claims, to the extent any such claims exist (Plaintiff's *pro se* Amended Complaint does not specify

any such claims). (*Id.*). The R&R is opposed by Plaintiff. However, Plaintiff did not object to any specific findings in the R&R. (Doc. 7). He simply asserts that he "object[s] and request[s] a de novo review . . . to issue an [sic] **[o]rder** and **reasons** as to the proposed finding[s] of the Magistrate Judge." (Doc. 7 at 2) (emphasis in the original).

The Court has conducted a de novo review and agrees with the Magistrate Judge's findings. (Doc. 6 at 3-5). After having carefully considered the operative Amended Complaint and related filings, the Court **APPROVES** the R&R and **ADOPTS** it as the Court's opinion in this matter.

Accordingly,

**IT IS ORDERED** that Plaintiff's claim for excessive force against Defendant Captain Edward Russ be and are hereby **DISMISSED WITH PREJUDICE.**

**IT IS FURTHER ORDERED** that the Court declines to exercise supplemental jurisdiction over Plaintiff's potential state law claims.

Baton Rouge, Louisiana, this 27th day of June, 2024

_____
JUDGE BRIAN A. JACKSON
UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF LOUISIANA